

FILED & JUDGMENT ENTERED
Steven T. Salata

February 25 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>JUDE S. COLANGELO,<br><br>Debtor | Case No.  19-30878-JCW<br>Chapter 7 |

### ORDER ON THE TRUSTEE'S OBJECTION TO CLAIM NO. 8 OF DAKSHESH PATEL, NARISH PATEL AND ANILA SANGHVI; CLAIM NO. 9 OF JAYESH PATEL AND ANIMESH PATEL; AND CLAIM NO. 2 OF MING XU

THIS CAUSE coming on to be heard before the undersigned Judge of the Bankruptcy Court for the Western District of North Carolina upon the *TRUSTEE'S OBJECTION TO CLAIM NO. 8 OF DAKSHESH PATEL, NARISH PATEL AND ANILA SANGHVI; CLAIM NO. 9 OF JAYESH PATEL AND ANIMESH PATEL; AND CLAIM NO. 2 OF MING XU* filed with this Court on January 22, 2020 at Docket #48 and it appearing that due and proper notice of the objection was given to the proper parties, and it further appearing that no responses were filed in opposition to the Trustee's Objection within the time allowed; and the Court having reviewed the pleading and the Court's file, for good cause shown it is ORDERED;

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM |
|---|---|---|
| 8 | Dakshesh Patel, Narish Patel, and Anila Sanghvi | $385,074.10 |

**This claim shall be disallowed as a Secured Claim and shall be allowed as a General Unsecured Claim in the amount of $385,074.10.**

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM |
|---|---|---|
| 9 | Jayesh Patel and Animesh Patel | $163,023.64 |

**This claim shall be disallowed as a Secured Claim and shall be allowed as a General Unsecured Claim in the amount of $163,023.64.**

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM |
|-----------|----------|-----------------|
| 2 | Ming Xu | $66,632.95 |

**This claim shall be disallowed as a Secured Claim and shall be allowed as a General Unsecured Claim in the amount of $66,632.95.**

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court