UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>JUDE S. COLANGELO,<br><br>_____Debtor_____ | Case No. 19-30878-JCW<br>Chapter 7 |

**TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON PROPERTY OF THE ESTATE**
**(AMENDED TO ATTACH CORRECT PDF)**

NOW COMES the Chapter 7 Trustee, A. Burton Shuford, by and through his undersigned attorney, and moves this Court for authority to abandon certain real property owned by the Debtor, having a property address of 3338 Leamington Lane, Charlotte North Carolina, 28226. In support thereof, he respectfully shows unto the Court the following:

1. The Debtor filed a petition under Chapter 7 of the Bankruptcy Code with the Bankruptcy Court for the Western District of North Carolina (the "Court") on June 27, 2019, thereby creating a bankruptcy estate (the "Estate"). A. Burton Shuford was appointed trustee in said Chapter 7 case.

2. The Court has jurisdiction over this Bankruptcy Case and this Motion under 28 U.S.C. § 1334. Such jurisdiction is core under 28 U.S.C. § 157(b)(2). Venue of this matter before this Court is appropriate under 28 U.S.C. §§ 1408 and 1409.

3. The Debtor, as of the commencement of this case, was owner of certain real estate having a property address of **3338 Leamington Lane, Charlotte North Carolina, 28226** (hereinafter referred to as the "Real Property").

4. The Trustee proposes to abandon the Real Property as said property is burdensome to the estate and is of inconsequential value and benefit to the estate.

WHEREFORE, the Trustee prays that the Court enter an order authorizing the Trustee to abandon all interest of the estate in the above-described Real Property, and for such other and further relief as the Court deems just and proper.

This the 27th day of February, 2019.

/s/ A Burton Shuford
A. Burton Shuford, NCBN 10035
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
Direct Dial: (980) 321-7000
bshuford@abshuford.com
*Attorney for the Trustee*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | |
|---|---|
| JUDE S. COLANGELO, | Case No. 19-30878-JCW<br>Chapter 7 |
| Debtor | |

## NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON PROPERTY OF THE ESTATE

A. Burton Shuford, Trustee, through his attorney, has filed papers with the Court as described above. A copy of the Motion is attached to this Notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).** If you do not want the Court to grant relief requested in the attached Motion, then on or before **14 days from the date of this notice** you or your attorney must file with the Court a written response to the Motion which response must comply with local Bankruptcy Rule 9013-1 at:

Clerk, United States Bankruptcy Court
401 W. Trade Street
Charlotte, NC 28202

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to:

A. Burton Shuford
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227

No hearing will be held on this Motion unless a response is timely filed and served, in which case, the Court will conduct a hearing on **March 23, 2020 at 9:30 a.m.**, at the United States Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina. No further notice of this hearing will be given. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

This the 27th day of February, 2019.

/s/ A Burton Shuford
A. Burton Shuford, NCBN 10035
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Direct Dial: (980) 321-7000
bshuford@abshuford.com
*Attorney for the Trustee*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | |
|---|---|
| JUDE S. COLANGELO, | Case No. 19-30878-JCW<br>Chapter 7 |
| Debtor | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the *TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON PROPERTY OF THE ESTATE AND NOTICE OF OPPORTUNITY FOR HEARING* by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case and first class mail on the parties listed below and on the attached Exhibit A:

| | |
|---|---|
| Shelley K. Abel, U.S. Bankruptcy Administrator | Via Electronic Case Filing |
| Richard S. Wright, Attorney for Debtor | Via Electronic Case Filing |

Jude S. Colangelo
905 Kenilworth Avenue, #287
Charlotte, NC 28204

This the 27th day of February, 2019.

/s/ A Burton Shuford
A. Burton Shuford, NCBN 10035
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Direct Dial: (980) 321-7000
bshuford@abshuford.com
*Attorney for the Trustee*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 19-30878<br>Western District of North Carolina<br>Charlotte<br>Fri Feb 28 08:33:16 EST 2020 | Charlotte Division<br>401 West Trade Street<br>Charlotte, NC 28202-1633 | AT&T<br>PO Box 537104<br>Atlanta, GA 30353-7104 |
| Animesh Patel<br>17381 Knollwood Drive<br>Clinton Township, MI 48038-2836 | Atrium Health<br>PO Box 71108<br>Charlotte, NC 28272-1108 | Avondale 11, LLC<br>10100 Cedar Drive, Suite 166<br>Charlotte NC 28210-0000 |
| B&B Pools, Inc.<br>201 Fairwood Avenue<br>Charlotte, NC 28203-5409 | BMW Financial Services<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| Bank of America<br>National Enterpirse Systems<br>2479 Edison Blvd. Unit A<br>Twinsburg, OH 44087-2476 | CPI Security Systems<br>4200 Sandy Porter Road<br>Charlotte, NC 28273-3244 | Capital Advance Services, LLC<br>30 Broad Street, 14th Floor<br>Suite 1462<br>New York, NY 10004-2906 |
| Carolinas Urgent Care<br>c/o Paragon Revenue Group<br>216 Le Phillip Ct.<br>Concord, NC 28025-2954 | Casey Cittadino<br>8195 Ravenna Lakes Drive<br>Boynton Beach, FL 33473-4953 | Casey Cittadino<br>c/o Marc E. Gustafson<br>Bell, Davis & Pitt, P.A.<br>227 W. Trade Street, Suite 1800<br>Charlotte, NC 28202-2665 |
| Charlotte Arena Operations, LLC<br>333 E. Trade Street<br>charlotte, NC 28202-2332 | Chase Bank USA, N.A.<br>c/o Nationwide Credit, Inc.<br>PO Box 14581<br>Des Moines, IA 50306-3581 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Citibank, N.A.<br>c/o Radius Global Solutions, LLC<br>PO Box 390905<br>Mail Code CBK10<br>Minneapolis, MN 55439-0905 | Dakshesh Patel, Narish Patel, Anila Sang<br>c/o Apexa Patel<br>10214 Chestnut Plaza Drive # 159<br>Fort Wayne, IN 46814-8970 | Dakshesh Patel, Narish Patel, Anila Sang<br>c/o Sanjay R. Gohill<br>2435 Plantation Center Drive, Suite 200<br>Matthews, NC 28105-5404 |
| Dilworth Ventures<br>905 Kenilworth Avenue<br>Charlotte, NC 28204-1015 | DirecTV<br>PO Box 29622<br>Raleigh, NC 27626-0622 | Dovewood Homeowners Association<br>c/o Cusick Community Management<br>8008 Corporate Center Drive<br>Suite 100<br>Charlotte, NC 28226-4357 |
| Duke Energy<br>PO Box 70516<br>Charlotte, NC 28272-0516 | ETB North America, LLC<br>3338 Leamington lane<br>Charlotte, NC 28226-6657 | Edward F. Carr<br>33 Kings Road<br>Madison, NJ 07940-2589 |
| Ford Motor Credit Company, LLC<br>c/o Smith Debnam<br>PO Box 176010<br>Raleigh, NC 27619-6010 | Gary McDermot<br>105 F Waxhaw Professional Park Drive<br>Suite 100<br>Waxhaw, NC 28173-5002 | Geico<br>One Geico Plaza<br>Bethesda, MD 20811-0001 |

| | | |
|---|---|---|
| Herbert Law Group, LLC<br>96 Engle Street<br>Englewood, NJ 07631-2947 | Hornets Sports & Entertainment<br>Attn: Alan Wheeling<br>333 E. Trade Street<br>Charlotte, NC 28202-2331 | IRS<br>PO Box 931000<br>Louisville, KY 40293-1000 |
| Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Jason S. Chestnut<br>14045 Ballantyne Corporate Pl. Ste. 325<br>Charlotte, NC 28277-0099 | Jeff Albright<br>3317 Leamington Lane<br>Charlotte, NC 28226-6658 |
| Jeffrey Albright<br>c/o Joseph W. Moss-Matthew M. Holtgrewe<br>Erwin, Bishop, Capitano & Moss, P.A.<br>4521 Sharon Road, Suite 350<br>Charlotte, NC 28211-3781 | Jeffrey G. Albright<br>Matthew M. Holtgrewe<br>Erwin, Bishop, Capitano & Moss, P.A<br>4521 Sharon Road, Suite 350<br>Charlotte, NC 28211-3781 | John N. Colangelo<br>50F New England Avenue<br>Summit, NJ 07901-1818 |
| June Colangelo<br>50-F New England Avenue<br>Summit, NJ 07901-1818 | Kirkland Air Conditioning and Heating<br>3734 Monroe Road<br>Charlotte, NC 28205-7736 | Marcellino & Tyson<br>2820 Selwyn Avenue, Suite 350<br>Charlotte, NC 28209-1872 |
| Matthew M. Holtgrewe<br>Erwin, Bishop, Capitano & Moss, P.A<br>4521 Sharon Road, Suite 350<br>Charlotte, NC 28211-3781 | Ming Xu<br>9011 Morgan Downs Court<br>Charlotte, NC 28270-0692 | Mingyu Xu<br>c/o Bo Caudill<br>Weaver, Bennett & Bland, PA<br>196 N. Trade Street<br>Matthews, NC 28105-1711 |
| Monika Sengupta<br>4500 Via Marina #415<br>Marina Del Rey, CA 90292-7228 | National Enterprise Systems<br>2479 Edison Blvd. Unit A<br>Twinsburg, OH 44087-2476 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| Orkin<br>2170 Piedmont Rd NE<br>Atlanta, GA 30324-4135 | PayPal Working Capital<br>Attn: Executive Escalation<br>PO Box 5018<br>Lutherville Timonium, MD 21094-5018 | Piedmont Natural Gas<br>PO Box 1246<br>Charlotte, NC 28201-1246 |
| Prashant Gupta<br>PG Family 2011 Trust<br>26 Meadowview Drive<br>Winnetka, IL 60093-3546 | Pristine Property Preservations, LLC<br>4601 Mount Holly Huntersville Road<br>Charlotte, NC 28216-8663 | (p)PROFESSIONAL RECOVERY CONSULTANTS INC<br>2700 MERIDIAN PARKWAY<br>SUITE 200<br>DURHAM NC 27713-2450 |
| Quiby, Inc. d/b/a Kickfurther<br>311 Mapleton Ave.<br>Boulder, CO 80304-3979 | Sinacori Homes<br>10100 Cedar Drive, Suite 166<br>Charlotte, NC 28210 | SouthStar Financial, LLC<br>900 Wando Park Blvd.<br>Mount Pleasant, SC 29464-7954 |
| Stacy C. Cordes<br>Burt & Cordes, PLLC<br>122 Cherokee Road<br>Suite 1<br>Charlotte, NC 28207-1962 | Stacy Cordes<br>122 Cherokee Road, Suite 1<br>Charlotte, NC 28207-1962 | Susan E Driscoll<br>Driscoll Sheedy P.A.<br>11520 N. Community House Road<br>Suite 200<br>Charlotte, NC 28277-1765 |

| | | |
|---|---|---|
| TIAA Bank<br>PO Box 2167<br>Jacksonville, FL 32232-0004 | U.S. Bankruptcy Administrator Office<br>402 W. Trade Street<br>Suite 200<br>Charlotte, NC 28202-1673 | UBS Credit Corp.<br>800 Harbor Blvd.<br>Weehawken, NJ 07086-6724 |
| VW Credit Leasing, Ltd<br>c/o VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 | VW Credit, Inc.<br>PO Box 5215<br>Carol Stream, IL 60197-5215 | Wells Fargo Bank<br>PO Box 87429<br>Fayetteville, NC 28304-7429 |
| ~~A. Burton Shuford~~<br>~~4700 Lebanon Road~~<br>~~Suite #A-2~~<br>~~Mint Hill, NC 28227-8265~~ | Anila Sanghvi<br>Law Offices of Sanjay R Gohil, PLLC<br>2435 PLANTATION CENTER DR<br>STE 200<br>Matthews, NC 28105-5404 | Animesh Patel<br>Law Offices of Sanjay R Gohil, PLLC<br>2435 PLANTATION CENTER DR<br>STE 200<br>Matthews, NC 28105-5404 |
| Dakshesh Patel<br>Law Offices of Sanjay R Gohil, PLLC<br>2435 PLANTATION CENTER DR<br>STE 200<br>Matthews, NC 28105-5404 | Edward P. Bowers<br>219-A Wilmot Drive<br>Gastonia, NC 28054-4048 | Jayesh Patel<br>Law Offices of Sanjay R Gohil, PLLC<br>2435 PLANTATION CENTER DR<br>STE 200<br>Matthews, NC 28105-5404 |
| ~~Jude S. Colangelo~~<br>~~905 Kenilworth Avenue, #287~~<br>~~Charlotte, NC 28204-3517~~ | Naresh Patel<br>Law Offices of Sanjay R Gohil, PLLC<br>2435 PLANTATION CENTER DR<br>STE 200<br>Matthews, NC 28105-5404 | Richard S. Wright<br>Moon Wright & Houston, PLLC<br>121 W. Trade Street<br>Suite 1950<br>Charlotte, NC 28202-1176 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| BMW Financial Services<br>PO Box 9001065<br>Louisville, KY 40290-1065 | Professional Recovery Consultants, Inc.<br>2700 Meridian Parkway, Suite 200<br>Durham NC 27713-2204 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Avondale 11, LLC | (u)TIAA, FSB, | (u)Bismack Biyombo |

End of Label Matrix
Mailable recipients   74
Bypassed recipients    3
Total                 77